## BAKER HUGHES, INC., Appellant

v.

## NALCO COMPANY, Appellee.

No. 2015–1895.

United States Court of Appeals, Federal Circuit.

March 15, 2016.

Christopher Aaron Shield, Bracewell & Giuliani, LLP, Houston, TX, argued for appellant. Also represented by Jonathan R. Spivey.

James W. Poradek, Faegre Baker Daniels LLP, Minneapolis, MN, argued for appellee. Also represented by Edmond Ahadome, Lauren J. Frank, Timothy E. Grimsrud; Robert J. Barz, Devon C. Beane, Jason Alexander Engel, K & L Gates LLP, Chicago, IL.

REYNA, WALLACH, and STOLL, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**